| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MINNESOTA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Boys Mechanical, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   81-5280009

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9609 Girard Avenue South<br>Bloomington, MN 55431 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Hennepin<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor  Boys Mechanical, LLC _____  Case number (*if known*)_____
      Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor   Boys Mechanical, LLC
        Name                                                         Case number (*if known*)

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other  _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49             ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99            ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  Boys Mechanical, LLC _____   Case number (*if known*)_____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 28, 2024
              MM / DD / YYYY

**X** /s/  Kent Boll                                           Kent Boll
Signature of authorized representative of debtor               Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Joseph Dicker                                        Date   June 28, 2024
Signature of attorney for debtor                                      MM / DD / YYYY

Joseph Dicker
Printed name

Joseph W Dicker PA
Firm name

1406 West Lake Street Suite 209
Minneapolis, MN 55408
Number, Street, City, State & ZIP Code

Contact phone   (612) 827-5941        Email address   joe@joedickerlaw.com

158264 MN
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

**Fill in this information to identify the case:**

Debtor name __Boys Mechanical, LLC__

United States Bankruptcy Court for the: __DISTRICT OF MINNESOTA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   Emergency Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 28, 2024__      **X** __/s/ Kent Boll__
                                   Signature of individual signing on behalf of debtor

                                   Kent Boll
                                   Printed name

                                   Managing Member
                                   Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Boys Mechanical, LLC
United States Bankruptcy Court for the: DISTRICT OF MINNESOTA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ace Supply<br>7640 Commerce Way<br>Eden Prairie, MN 55344 | | | | | | $23,308.31 |
| American Express<br>PO Box 60189<br>City of Industry, CA 91716 | | | | | | $123,348.00 |
| Blue Cross Blue Shield<br>BCBS Headquarters<br>200 East Randolph<br>Chicago, IL 60601 | | | | | | $27,526.86 |
| BMO/Harris Bank<br>320 South Canal<br>Chicago, IL 60606 | | | | | | $7,059.75 |
| Capital One<br>PO Box 7683<br>San Francisco, CA 94120 | | | | | | $88,976.00 |
| Carlson SV<br>301 Keller Avenue South<br>Amery, WI 54001 | | | | | | $18,310.68 |
| Century 21 SBA<br>991 Sibley Memorial Hwy<br>Suite 207<br>Lilydale, MN 55118 | | | | | | $326,077.94 |
| Dakota Supply Group<br>250 North Ridge Circle<br>Burnsville, MN 55337 | | | | | | $15,564.00 |
| Footh Auto<br>528 Conford Exhange South<br>South Saint Paul, MN 55075 | | | | | | $22,438.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Boys Mechanical, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Furgison 2971 Water Tower Place Minneapolis, MN 55317 | | | | | | $10,699.16 |
| Johnstone Bloomington 1401 West 94th Street Bloomington, MN 55431 | | | | | | $158,040.75 |
| Mike Alberts 10340 Evendale Drive Cincinnati, OH 45241 | | | | | | $33,157.17 |
| Natural Concepts Marketing Group, Inc. D/B/A Ad Leverage 1329 East Thousand Oaks Boulevard Suite 200 Thousand Oaks, CA 91362 | | | | | | $99,113.55 |
| Perry Marketing 5729 Lebanon Road Frisco, TX 75034 | | | | | | $6,559.00 |
| Peters Kappenmann 7300 Metro Blue Suite 500 Edina, MN 55439 | | | | | | $7,942.50 |
| Roberts Hamilton 4085 McDolands Drive Dubuque, IA 52004 | | | | | | $23,932.56 |
| Service Titan 800 North Brand Boulevard Suite 100 Glendale, CA 91203 | | | | | | $37,046.91 |
| Stevens Supply 945 Adren Drive Eagan, MN 55121 | | | | | | $14,313.19 |
| The Plumbing Guys 13305 Penn Avenue South Burnsville, MN 55337 | | | | | | $8,480.34 |
| Win Supply 7361 Washington Avenue South Minneapolis, MN 55439 | | | | | | $13,795.78 |

```
Ace Supply
7640 Commerce Way
Eden Prairie, MN 55344


American Express
PO Box 60189
City of Industry, CA 91716


Bamboo MN
2050 West 96th Street
Bloomington, MN 55431


Blue Cross Blue Shield
BCBS Headquarters 200 East Randolph
Chicago, IL 60601


BMO/Harris Bank
320 South Canal
Chicago, IL 60606


Brian Jacabson
13305 Penn Avenue South
55337


Capital One
PO Box 7683
San Francisco, CA 94120


Carlson SV
301 Keller Avenue South
Amery, WI 54001


Century 21 SBA
991 Sibley Memorial Hwy Suite 207
Lilydale, MN 55118


Dakota Supply Group
250 North Ridge Circle
Burnsville, MN 55337


Footh Auto
528 Conford Exhange South
South Saint Paul, MN 55075


Furgison
2971 Water Tower Place
Minneapolis, MN 55317


Johnstone Bloomington
1401 West 94th Street
Bloomington, MN 55431


Michael S. Martin, Esq.
Myers Widders Gibson Jones & Feingold, L
39 North California Street
Ventura, CA 93001
```

Mike Alberts
10340 Evendale Drive
Cincinnati, OH 45241

Natural Concepts Marketing Group, Inc.
D/B/A Ad Leverage
1329 East Thousand Oaks Boulevard Suite
Thousand Oaks, CA 91362

Perry Marketing
5729 Lebanon Road
Frisco, TX 75034

Peters Kappenmann
7300 Metro Blue Suite 500
Edina, MN 55439

Reletless Digital
23075 East Stonecrest Drive
Queen Creek, AZ 85142

Roberts Hamilton
4085 McDolands Drive
Dubuque, IA 52004

Security Bank Auto Loan
539 South Elm Street Box 45
Waconia, MN 55387

Service Titan
800 North Brand Boulevard Suite 100
Glendale, CA 91203

Stevens Supply
945 Adren Drive
Eagan, MN 55121

The Plumbing Guys
13305 Penn Avenue South
Burnsville, MN 55337

Win Supply
7361 Washington Avenue South
Minneapolis, MN 55439