# Boys Companies
## Balance Sheet
### As of April 30, 2024

**ASSETS**

**Current Assets**

**Bank Accounts**

| | | |
|---|---|---|
| 10001 21st Century Checking #1761 | | -1,350.99 |
| 10002 Chase Checking #3359 | | 8,797.91 |
| 10003 Chase Checking #8151 | | 397.41 |
| 10004 Deerwood Checking #9309 | | -7,769.02 |
| 10005 Deerwood #1758 | | 22,801.75 |
| 10006 Home Federal Checking #4805 | | -234.38 |
| 10007 Home Federal PPP #7806 | | 0.00 |
| 10008 Home Federal Checking #1628-1 | | 2,307.50 |
| 10009 Home Federal Money Market #3759 | | 19,964.14 |
| 10010 Home Federal Checking #1841 | | -6.59 |
| 10011 Home Federal Checking #1834 | | 44.77 |
| 10012 Security Bank Checking #791 | | -10,344.26 |
| 10013 Security Bank PPP #451 | | 0.00 |
| 10021 Bank Of America #0295 BME | | -107,446.42 |
| 10022 Bank of America #3573 BP | | 103,607.26 |
| 10023 Bank Of America #7985 BE | | 210,418.52 |
| 10024 Bank Of America #9836 DFW | | 588.02 |
| 10025 Bank Of America #5304 CC | | -47,000.03 |
| 10026 Bank Of America #8195 BR | | 95,159.58 |
| 10027 Bank Of America #973 STC | | -3,279.00 |
| 1072 Bill.com Money Out Clearing | | -3,084.02 |
| BASIC BUSINESS CHECKING (1841) - 5 | | -16,500.00 |
| Home Fed. Savings | | 0.00 |
| **Total Bank Accounts** | **$** | **267,072.15** |

**Accounts Receivable**

| | | |
|---|---|---|
| 10500 Accounts ReceivableII | | 1,177,896.69 |
| 11000 Accounts Receivable | | -32,460.91 |
| **Total Accounts Receivable** | **$** | **1,145,435.78** |

**Other Current Assets**

| | | |
|---|---|---|
| 11000.01 Advance - Tim Mahedy | | 965.58 |
| 11001 Advance - Mike Museus | | 869.27 |
| 11002 Advance - Carter V | | 1,000.00 |
| 11003 Advance - Jordan Maldonado | | 754.22 |
| 11004 Nicholas Anderson | | -29.44 |
| 11005 Advance - Chad Cole | | 0.00 |
| 11010. Advance - Marc D | | 0.00 |

| | |
|---|---:|
| **11100 Advance - Daniel Baker** | 400.00 |
| **11101 Advance - Mike Museus.** | 0.00 |
| **11203 Advance - Marc Dresser** | 0.00 |
| **11204 Advance - Jordan Maldonado (Plumb)** | 0.00 |
| **11205 Advance - Andrew Sturges** | 865.04 |
| **11206 Advance - Jeffery Hohenauer** | -731.36 |
| **11400 Advance - Johnathan Bianculli** | 1,350.00 |
| **11600 Advance - Laura** | 250.00 |
| **11601 Advance - Ashly** | 1,458.32 |
| **11602 Advance - Mono** | 0.00 |
| **11603 Advance - Irene Melendez** | 0.00 |
| **11604 Advance - Nicole** | 0.00 |
| **11605 Advance - Ryan T** | 0.00 |
| **12000.01 Payroll Draw** | -56.70 |
| **12001 Payroll Draw - HVAC** | 1,280.11 |
| **12002 Payroll Draws - Electric** | 4,549.61 |
| **12003 Payroll Draw - Plumbing** | 6,728.33 |
| **12004 Payroll Draw - Install Comm** | 2,067.17 |
| **12005 Payroll Draw - Admin** | 6,866.66 |
| **12007 Payroll Draw - Bonus** | 0.00 |
| **12100 Payroll Clearing** | 2,061,938.99 |
| **12200 Payroll Paper Check** | 12,253.41 |
| **13000.01 Prepaid Employee Insurance** | 0.00 |
| **13001 Prepaid Health Insurance** | 0.00 |
| **13005 Prepaid Life and Accidental** | 0.00 |
| **13006 Prepaid Long Term Disability** | 0.00 |
| **13007 Prepaid Short Term Disability** | 0.00 |
| **13008 Prepaid Dental Insurance** | 0.00 |
| **13009 Prepaid Vision Insurance** | 0.00 |
| **13100 Prepaid Advertising** | 0.00 |
| **13200 Undeposited Funds** | 22,729.31 |
| **13200.01 Prepaid Technology Expense** | 3,972.68 |
| **13202 Prepaid Software** | 0.00 |
| **13500 Prepaid Rent Expense** | 0.00 |
| **13700 Prepaid Vehicle Insurance** | 0.00 |
| **13900 Prepaid ExpensesII** | 1,000.00 |
| **14000.01 Prepaid Insurance** | 1,568.45 |
| **14006 Prepaid Commercial Property Ins** | 1,421.28 |
| **15000.01 Inventory Asset** | 500,759.05 |
| **15001 Warehouse Inventory** | 67,620.26 |
| **15002 Truck Inventory** | 22,421.08 |
| **15100 Truck Stock** | 21,099.21 |
| **16001 Due from Boys Mechanical** | 4,384,446.10 |
| **16002 Due from Boys Plumbing** | 752,093.53 |

| | | |
|---|---|---|
| 16003 Due from Boys Electric | | 2,486,658.09 |
| 16004 Due from Dallas | | 999,674.79 |
| 16005 Due from Cape Coral | | 2,644,659.55 |
| 16006 Due from Brainerd | | 2,047,764.45 |
| 16007 Due from Consulting | | 1,671,499.24 |
| 16008 Due from Telemarketing | | 321,456.92 |
| 16009 Due from St. Cloud | | 27,647.77 |
| 16010 Due from Slapshot | | 5,978.28 |
| 16101 Loans to Boys Mechanical | | 0.00 |
| 16102 Loan to Boys Plumbing | | 713,900.00 |
| 16103 Loans to Boys Electric | | 60,000.00 |
| 16106 Loans to Brainerd | | 30,000.00 |
| 16107 Loans to Consulting | | 250,000.00 |
| 16108 Loans to Telemarketing | | 91,000.00 |
| 16202 Loan to Plumbing from BME PPP | | 449,000.00 |
| 16207 Loan to STC from BP PPP | | 273,826.00 |
| 16208 Loans to STT from BP PPP | | 31,000.00 |
| **Total Other Current Assets** | $ | **19,985,975.25** |
| **Total Current Assets** | $ | **21,398,483.18** |
| **Fixed Assets** | | |
| 17000.01 Office Equipment | | 5,000.00 |
| 17001 Furniture and Equipment | | 164,404.11 |
| 17002 Vehicles | | 974,541.31 |
| 17003 Trailers | | 2,900.00 |
| 17004 Building/Leasehold Improvement | | 141,472.72 |
| 17050 Accumulated Depreciation | | -1,082,550.92 |
| 17100 Business Buyout I | | 254,800.00 |
| 17101 Business Buyout II | | 164,100.00 |
| 17102 Business Buyout III | | 10,000.00 |
| **Total Fixed Assets** | $ | **634,667.22** |
| **Other Assets** | | |
| 19001 Goodwill - Hamlin Mechanical | | 1,166,707.00 |
| 19002 Goodwill - The Plumbing Guys | | 200,000.00 |
| 19100 Accumulated Amortization | | -525,475.00 |
| 19200 Security Deposit | | 6,700.00 |
| 19300 Loan Fees | | 18,522.00 |
| **Total Other Assets** | $ | **866,454.00** |
| **TOTAL ASSETS** | $ | **22,899,604.40** |
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| 20500 Accounts PayableII | | 866,275.35 |
| **Total Accounts Payable** | $ | **866,275.35** |

**Credit Cards**

| | | |
|---|---|---|
| 20305 AMEX #25006II | | -1,833.00 |
| 21001 AMEX #21002 | | 83,248.70 |
| 21002 AMEX #25006 | | 13,755.53 |
| 21003 AMEX #32002 | | 141,848.44 |
| 21004 AMEX #31007 | | 127,170.46 |
| 21005 AMEX #43002 | | 49,439.95 |
| 21006 AMEX #71006 | | 10,741.36 |
| 21007 AMEX #74001 | | 16,051.47 |
| 21008 AMEX 91004 | | 33,836.80 |
| 21009 AMEX 31007 STC | | 3,634.73 |
| 21010 AMEX #41009 | | 181.52 |
| 21031 Chase #7319 | | 4,191.27 |
| 21051 Capital One #2645 | | 46,923.57 |
| 21052 Capital One #2710 | | 28,672.50 |
| 21053 Capital One #9820 | | 2,697.04 |
| **Total Credit Cards** | $ | **560,560.34** |

**Other Current Liabilities**

| | | |
|---|---|---|
| 22100 Accrued Insurance | | 0.00 |
| 22102 Accrued Expenses | | 0.00 |
| 22200 Accrued Payroll Wages | | 77,771.88 |
| 22201 Accrued Payroll Taxes | | 34,245.08 |
| 22202 Accrued 401K Employee | | -51,916.64 |
| 22203 Accrued Wage Garnishment | | -5,336.82 |
| 26001 Due to Boys Mechanical | | 4,662,780.24 |
| 26002 Due to Boys Plumbing | | 2,290,790.45 |
| 26003 Due to Boys Electric | | 3,263,884.43 |
| 26004 Due to Dallas | | 64,208.94 |
| 26005 Due to Cape Coral | | 1,110,424.49 |
| 26006 Due to Brainerd | | 653,583.32 |
| 26007 Due to Consulting | | 1,564,835.75 |
| 26008 Due to Telemarketing | | 351,414.45 |
| 26101 Loan from Mechanical | | 773,900.00 |
| 26102 Loans from Boys Plumbing | | 51,000.00 |
| 26103 Loans from Boys Electric | | 300,000.00 |
| 26107 Loan from Consulting | | 20,000.00 |
| 26201 Loan from Mechanical PPP | | 449,000.00 |
| 26202 Loan from Boy's Plumbing PPP | | 304,826.00 |
| 26900 Due to Stevens Equipment. | | 9,591.39 |
| **Total Other Current Liabilities** | $ | **15,925,002.96** |
| **Total Current Liabilities** | $ | **17,351,838.65** |

**Long-Term Liabilities**

| | | |
|---|---|---|
| 27000.01 Due to Jeren Hamlin | | 781,896.02 |
| 27001 Due to The Plumbing Guys | | 30,337.84 |

| | | |
|---|---|---:|
| 27002 Due to Doug Shuey | | 324,782.44 |
| 27003 Due to Wendy Pudelski | | 32,309.74 |
| 28000 21st Century Bank Loan #619-01 | | 325,209.62 |
| 28001 21st Century Bank Loan #3801 | | 0.00 |
| 29000 Chrysler Loan VIN #11304 | | 18,669.16 |
| 29001 Chrysler  Loan VIN #13675 | | 18,141.09 |
| 29002 Ally Loan VIN #11232 | | 17,316.74 |
| 29003 Ally Loan VIN #12713 | | 10,264.58 |
| 29005 2019 GMC Savana | | 28,091.95 |
| 29006 2016 Bobcat T450 Loan #2143 | | 11,901.43 |
| 29010 2020 GMC Sierra Loan #1240 | | 18,756.73 |
| 29011 2020 GMC Sierra Loan #1257 | | 17,037.50 |
| 29012 2015 Chevy Express Loan #4596 | | 620.48 |
| 29013 2012 Chevy Loan #3700 | | 549.02 |
| 29014 2020 F150 Ford Credit #646 | | 22,197.40 |
| 29015 2020 F150 Ford Credit #6414 | | 22,372.73 |
| 29016 2018 Ford - American National | | 16,975.50 |
| 29017 2017 GMC Sierra - Security Bank | | 0.00 |
| 29018 2017 GMC Yukon | | 21,632.02 |
| 29019 2020 GMC Sierra Loan #406837 | | 39,856.98 |
| 29500 SBA Loan 2 | | 500,000.00 |
| **Total Long-Term Liabilities** | $ | **2,258,918.97** |
| **Total Liabilities** | $ | **19,610,757.62** |
| Equity | | |
| 30000 Opening Balance Equity | | -228,767.58 |
| 30001 Owner's Contribution | | 840,538.02 |
| 30105 R&D Platform Shared Service | | 0.17 |
| 31000 Distribution | | -26,058.00 |
| 31001 Distribution A | | -317,627.80 |
| 31002 Distribution B | | -33,673.83 |
| 31003 Distribution C | | -43,431.63 |
| **Total 31000 Distribution** | -$ | **420,791.26** |
| 32000 Retained Earnings | | 1,660,483.55 |
| 32005 OneTime Ad. Exp. Contribution | | 0.00 |
| 32006 OneTime Mgmt. Ex. Contribution | | 0.00 |
| Capital Investment | | 0.00 |
| Net Income | | 1,437,383.88 |
| **Total Equity** | $ | **3,288,846.78** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **22,899,604.40** |