UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                    Case No. 24-41698
                                                                                                Chapter 11
Boys Mechanical, LLC,
                                                                        ***ORDER GRANTING RELIEF FROM STAY***
    Debtor.

This case is before the court on the motion of Santander Consumer USA Inc. dba Chrysler Capital for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

    2021 Ram Promaster City Cargo Van, VIN:  ZFBHRFAB4M6T11304

3. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.


Dated:  August 22, 2024                        /e/Kesha L. Tanabe
                                                              _____
                                                              Kesha L. Tanabe
                                                              United States Bankruptcy Judge