### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

---

In re:                                                                                           BKY No. 24-41698

                                                                                                      Chapter 11

Boys Mechanical, Inc.,

      Debtor.

---

### DEBTOR'S REPSONSE
### TO THE UNITED STATES TRUSTEE'S MOTION
### TO CONVERT OR DISMISS THE CASE

---

TO:    The Honorable Kesha L. Tanabe, United States Bankruptcy Judge, the Acting United States Trustee, her counsel, Mary Sieling, Esq, the Subchapter V Trustee, and all parties-in-interest.

    COMES NOW, the debtor, Boys Mechanical, Inc. ("debtor"), by and through its undersigned counsel, as and for its response to the motion of the United States Trusteed to dismiss or convert chapter 11 case, states as follows:

1. The debtor acknowledges that good cause exists for the dismissal of the case. The debtor has concluded that it cannot effectively reorganize under Chapter 11 at this time.

2. The debtor requests that the case be dismissed.

3. The court must consider the best interests of the creditors and the estate. 11 U.S.C. § 1112 (b). The best interests of the debtor and the creditors militates in favor of dismissing the case rather than converting it.

4. Based on the schedules and statements filed in the case: it appears that all of the assets of the estate are either leased or subject to security interests; there does not appear to be any net equity that would be available to satisfy claims of unsecured creditors; nor do there appear to be any avoidable preferences or fraudulent transfers. Conversion of the case would not likely produce any recovery for unsecured creditors; and would only add administrative expense with no likely positive benefit,

5. Conversion of the case would only delay secured creditors and the lessor from enforcing their state law rights and remedies and increase their costs by (likely) having to bring motions for relief from stay.

6. The debtor has engaged in discussions with its equipment lessor and primary secured creditor directed towards restructuring their contractual relationships if the case is dismissed. The debtor believes that its interests are best served by dismissal of the case.

7. Dismissal of the case will restore all parties to the *status quo ante;* effectively reinstating all parties' state law rights and remedies.

8. The debtor respectfully suggests that dismissal is in the best interests of the estate and all creditors.

Respectfully submitted,

**Joseph W. Dicker, P.A.**

Dated:  October 8, 2024

By: /e/  *Joseph W. Dicker*
Joseph W. Dicker (158264)
Suite 209
1406 West Lake Street
Minneapolis, MN  55408
Telephone:  (612) 827-5941
**Attorney for Debtor**

## UNSWORN VERIFICATION

The undersigned, being the CEO of debtor, the hereby verifies upon penalty of perjury, that the facts set forth in the foregoing response are true and correct to the best of his knowledge, information and belief.

Dated:  October 8, 2024        _____
Kent Boll

3