**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 11 |
| Boys Mechanical, LLC | BK   24-41698 |
| Debtor | Subchapter V |

## ORDER

The United States Trustee's motion to dismiss this chapter 11 case came before the bankruptcy court.

Based on the pleadings, file and record of the proceedings:

IT IS HEREBY ORDERED:   This chapter 11 case is dismissed pursuant to 11 U.S.C. §1112(b)(1).

Dated:  *October 16, 2024*

*/e/Kesha L. Tanabe*

Kesha L. Tanabe
United States Bankruptcy Judge